IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, | ) | Case No. 07-11119 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS WHOLESALE CORPORATION, | ) | Case No. 07-11120 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS LENDING CORPORATION, | ) | Case No. 07-11121 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS CORRESPONDENT CORPORATION, | ) | Case No. 07-11125 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS FUNDING CORPORATION, | ) | Case No. 07-11122 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE LOAN SERVICING CORPORATION, | ) | Case No. 07-11128 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS LOAN SERVICING, L.P., | ) | Case No. 07-11129 (BLS) |
| | ) | |
|     Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMC INSURANCE AGENCY OF TEXAS, INC., | ) | Case No. 07-11132 (BLS) |
| | ) | |
|     Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SOLUTIONS SETTLEMENT SERVICES OF AMERICA CORPORATION, | ) | Case No. 07-11126 (BLS) |
| | ) | |
|     Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SOLUTIONS TITLE OF AMERICA CORPORATION, | ) | Case No. 07-11130 (BLS) |
| | ) | |
|     Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS REIT CORPORATION, | ) | Case No. 07-11123 (BLS) |
| | ) | |
|     Debtor, | ) | |
| | ) | **Related Docket No. 2** |

## ORDER AUTHORIZING
## JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

    This matter coming before the Court on the Debtors' Motion for Joint

Administration of Related Chapter 11 Cases (the "Motion")[1] filed by the debtors and debtors in

possession in the captioned chapter 11 cases (collectively, the "Debtors"); the Court having

---

[1] Capitalized terms not defined herein are given the meaning assigned to them in the Motion.

reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1; and (d) service and notice of the Motion was sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion shall be, and hereby is, GRANTED.

2.      The captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4.     The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEGIS MORTGAGE CORPORATION, et al.,[1] | ) | Case No. 07-11119 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Aegis Mortgage Corporation (9883); Aegis Wholesale Corporation (9888); Aegis Lending Corporation (9884); Aegis Correspondent Corporation (0359); Aegis Funding Corporation (9886); Aegis Mortgage Loan Servicing Corporation (0515); Aegis Loan Servicing, L.P.(0263); AMC Insurance Agency of Texas, Inc.(2524); Solutions Settlement Services of America Corporation (6879); Solutions Title of America Corporation (7045); and Aegis REIT Corporation (3436). The address for all Debtors is 3250 Briarpark, Suite 400, Houston, TX 77042.

5.     A docket entry shall be made in each of Debtors' cases substantially as

follows:

An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below. The docket in case no. 07-11119 should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:

Aegis Mortgage Corporation, Case No. 07-11119; Aegis Wholesale Corporation, Case No. 07-11120; Aegis Lending Corporation, Case No. 07-11121; Aegis Correspondent Corporation, Case No. 07-11125; Aegis Funding Corporation, Case No. 07-11122; Aegis Mortgage Loan Servicing Corporation, Case No. 07-11128; Aegis Loan Servicing, L.P., Case No. 07-11129; AMC Insurance Agency of Texas, Inc., Case No. 07-11132; Solutions Settlement Services of America Corporation, Case No. 07-11126; Solutions Title of America Corporation, Case No. 07-11130; and Aegis REIT Corporation, Case No. 07-11123.

Dated: August 15, 2007

The Honorable Brendan L. Shannon
United States Bankruptcy Judge