# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re  Solutions Settlement Services of America Corporation      Case No.: 07-11126
         Debtor

Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from schedules D, E and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 0.00 | | |
| C - Property Claimed As Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claim son Schedule E) | Yes | 1 | | 45.00 plus unliquidated values to be determined | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 125.00 plus unliquidated values to be determined | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| TOTAL | | 12 | 0.00 | 170.00 plus unliquidated values to be determined | |

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:  **Settlement Solutions of America Corporation**

**Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's
Statement and Schedules**

Settlement Solutions of America Corporation (the "Debtor") submits its Statement of Financial
Affairs (the "Statement") and Schedules of Assets and Liabilities (the "Schedules"), pursuant to
11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The following notes regarding
the Statement and Schedules are fully incorporated into and made part of the Statement and
Schedules.  These notes comprise an integral part of the Statement and Schedules and should be
referred to and considered in connection with any review of the Statement and Schedules.
Unless otherwise noted, the financial and other information contained in the Statement and
Schedules is derived from the Debtor in accordance with the Debtor's financial reporting and
accounting policies and procedures.

The Debtor's bankruptcy petition was filed on August 13, 2007 with the bankruptcy petitions of
10 of its affiliates (collectively, the "Debtors").  The Debtors' bankruptcy cases are jointly
administered by order of the Bankruptcy Court under the caption *Aegis Mortgage Corporation,
et al.*, Case No. 07-11119 (BLS).

The Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be
necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or
defenses to any claim reflected on the Statement and Schedules as to amount, liability or
classification of the claim, or to otherwise subsequently designate any claim as "disputed,"
"contingent" or "unliquidated."  Furthermore, nothing contained in the Statement and Schedules
shall constitute a waiver of rights by the Debtor involving any present or future causes of action,
contested matters or other issues under the provisions of chapter 11 of title 11 of the United
States Code or other applicable non-bankruptcy laws.

Given the differences between the information to be submitted in the Statement and Schedules
and the financial information utilized under Generally Accepted Accounting Principles, the
aggregate asset values and claim amounts set forth in the Statement and Schedules may not
reflect the values and amounts that would be set forth in a balance sheet for the Debtor prepared
in accordance with Generally Accepted Accounting Principles.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to
obtain current market valuations of the Debtor's assets.  Accordingly, unless otherwise indicated,
net book values rather than current market values are reflected on the Statement and Schedules.
Assets that have been fully depreciated or expensed for accounting purposes have no net book
value.  The current book values may not reflect a comprehensive review of accounting
adjustments, including asset impairments and write-downs, which may be required and
conducted in relation to the Debtor's bankruptcy.  The reader therefore should not place undue
reliance upon the book values associated with the assets listed.

1

The Debtor has not listed estimated values of its real estate leases.

**General Notes Regarding the Debtor's Statement and Schedules**

**1.  Financial Information.**
The information provided for herein, except as otherwise noted, represents the assets and liability data of the Debtor as of August 13, 2007 (the "Petition Date") unless otherwise noted.

**2.  Unaudited Financial Information.**
The Statement and Schedules prepared by the Debtor's management and professionals are unaudited.  While the Debtor has tried to ensure that the Statement and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statement and Schedules.

**3.  Claim Description.**
Any failure to designate a claim on the Statement and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed."  The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

Moreover, the Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of Chapter 11 of title 11 of the United States Code or other relevant non-bankruptcy laws.

**4.  Accuracy.**
While the Debtor has sought to file complete and accurate Statement and Schedules, inadvertent errors and omissions may exist.  The Debtor reserves the right to amend its Statement and Schedules as necessary or appropriate.

**5.  Liabilities.**
The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Statement and Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

**7.  Specific Notes.**
These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

**Note to Schedule "B"**

As noted on Schedule "B," many of the assets listed are reflected at net book value.  The Debtor does not represent that such assets or the other assets listed in Schedule "B" are properly valued at this time.  Accounts receivable and royalty receivables in item 16 are listed at gross book value, and the Debtor does not represent that this is the actual value of these assets or represent future collections.  The Debtor has not retained an appraiser to obtain market values for such assets.

**Taxes**

Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate held by governmental and quasi-governmental entities.  The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule "E" in fact are entitled to priority under Section 507 of the Bankruptcy Code.  The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims of governmental entities and/or that such claims are not entitled to priority.

3

**Schedule A Disclaimer**

Unless otherwise noted, all of the amounts listed on Schedule A represent the value of the Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable).  The Debtor has performed no independent review of the value of these assets.  The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

In re  Solutions Settlement Services of America Corporation                    Case No. 07-11126
               Debtor                                                    (If known)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ➢ | $              0.00 | |

(Report also on Summary of Schedules)

Page 1 of 1

**Schedule B Disclaimer**

Unless otherwise noted, all of the amounts listed on Schedule B represent the value of the Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable). The Debtor has performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

Certain items of equipment are or may be listed herein pursuant to a capital lease. Such designation is not an admission or recognition that such lease is a security agreement, and not a true lease. The Debtor expressly reserves all rights to challenge, on any basis, the nature of such equipment as owned or leased, as the case may be.

In re  Solutions Settlement Services of America Corporation                                        Case No. 07-111226
           Debtor                                                                                                (If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01.  Cash on hand. | X | | | |
| 02.  Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 03.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 04.  Household goods and furnishing, including audio, video, and computer equipment. | X | | | |
| 05.  Books, pictures and other art objects; antiques; stamp, coin, record, tape compact disc, and other collections or collectibles. | X | | | |
| 06.  Wearing apparel. | X | | | |
| 07.  Furs and jewelry. | X | | | |
| 08.  Firearms and sports, photographic, and other hobby equipment | X | | | |
| 09.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | General Liability(Transcontinental Ins. Co.) Umbrella (Continental Casualty Co.) D&O (Illinois Nat'l. Ins. Co.) | | Unknown |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 11 U.S.C. 21 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interst(s). 11 U.S.C. § 521(c); Rule 1007(b). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars.. | X | | | |

In re  Solutions Settlement Services of America Corporation.          Case No. 07-11126
                                      Debtor                           (If known)

## SCHEDULE B – PERSONAL
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts Receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |

In re  Solutions Settlement Services of America Corporation.
            Debtor

Case No. 07-11126
(If known)

## SCHEDULE B – PERSONAL
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crop-growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

0 continuation sheets attached       TOTAL➢

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules)

| COMPANY/POLICY NO | POLICY TERM | DESCRIPTION OF COVERAGE |
|---|---|---|
| General Liability<br>Valley Forge Insurance Company<br>C2088764236<br><br>$137,406  Premium | 02/01/2007  - 02/01/2008 | General Aggregate<br>Products & Completed Operations<br>Personal & Advertising Injury<br>Each Occurrence<br>Fire Damage Legal<br>Medical Expense |
| Business Automobile<br>Valley Forge Insurance Company<br>C2088764186<br><br>$5,309  Premium | 02/01/2007  - 02/01/2008 | Combined Single Limit<br><br>Personal Injury Protection<br><br>Uninsured/Underinsured Motorists<br><br>Physical Damage Coverage |
| Workers' Compensation (All Other States)<br>Transportation Insurance Company<br>WC276509373<br>$781,331  Premium | 02/01/2007  - 02/01/2008 | Workers' Compensation Benefits<br>Employer's Liability:<br><br>Each Accident<br><br>Disease per Employee<br>Disease Policy Limit |
| Workers' Compensation (California)<br>Transportation Insurance Company<br>WC276509387<br>$407,461  Premium | 02/01/2007  - 02/01/2008 | Workers' Compensation Benefits<br>Employer's Liability:<br><br>Each Accident<br><br>Disease per Employee<br>Disease Policy Limit |
| Workers' Compensation (Stop Gap Policy)<br>Transportation Insurance Company<br>GL2076509390<br>$100  Premium | 02/01/2007  - 02/01/2008 | Workers' Compensation Benefits<br>Employer's Liability:<br><br>Each Accident<br><br>Disease per Employee<br>Disease Policy Limit |
| Umbrella Liability<br>Continental Casualty Co.<br>C2088764141<br><br>$18,572  Premium | 02/01/2007  - 02/01/2008 | Annual Aggregate<br>Each Occurrence<br>Retained Limit<br>Underlying Policies:<br>General Liability – Occurrence/Aggregate<br>Automobile Liability<br>Workers' Compensation |

| COMPANY/POLICY NO | POLICY TERM | DESCRIPTION OF COVERAGE |
|---|---|---|
| <u>Property</u><br>Valley Forge Insurance Company<br>C2088764236<br>$137,406  Premium | 02/01/2007  - 02/01/2008 | See Schedule of Values |
| <u>Directors and Officers</u><br>Illinois National Ins Co<br>6649379<br>$72,695  Premium | 07/23/2007  - 08/23/2008 | Limit of Liability<br>Security Claims (other than private placements)<br>All other Claims (including private placements)<br>Coverges A and B(ii):  7/23/2000<br>Coverges B(i):  7/23/2000<br>Outside Entity Coverage:  Per Outside Entity |
| <u>Employment Practices Liability</u><br>Illinois National Ins Co<br>6649363<br>$72,694  Premium | 07/23/2007  - 08/23/2008 | EPL Limit of Liaibility / Aggregate<br>Continuity Dates: All Coverages other than Outside Entity Coverage -<br>7/23/2000<br>Continuity Dates: Outside Entity Coverage - 7/23/2000 |
| <u>Crime</u><br>National Union Fire Ins Co of Pittsburg<br>BINDER6622111<br>$59,917  Premium | 07/23/2007  - 08/23/2008 | Basic Bond Coverage<br>Insuring Agreement D<br>Insuring Agreement E<br>Computer Systems<br>Trading Loss Coverage<br>Audit Expense<br>Fraudulent Real Property Mortgage<br>Servicing Contractors<br>Aggregate |

| COMPANY/POLICY NO | POLICY TERM | DESCRIPTION OF COVERAGE |
|---|---|---|
| Crime<br>Chubb Insurance<br>BINDER82050358<br>$31,831  Premium | 07/23/2007  - 08/23/2008 | |
| | | Money & Securities |
| Crime<br>Continental Ins Co<br>BINDER287098447<br>$34,378  Premium | 07/23/2007  - 08/23/2008 | |
| | | Money & Securities |
| Excess Fidelity<br>St. Paul Fire & Marine Insurance Co.<br>491PB1010<br>$46,783  Premium | 07/23/2007  - 08/23/2008 | |
| | | Single Loss Limit/Aggregate |
| Fiduciary Liability<br>Federal Insurance Company<br>70430704<br>$8,647  Premium | 07/23/2007  - 08/23/2008 | |
| | | Fiduciary Liability Limit<br>Prior & Pending Litigation Dates: 7/23/2002 |
| Mortgage Protection<br>Lloyds of London<br>80000443<br>$43,548  Premium | 07/23/2007  - 08/23/2008 | |
| | | Limit of Liability<br>Mortgage Guaranty Protection Total Limit<br>Mortgage Holders Impairment Endorsement/Mortgage Principal Balance Limit<br>Mortgage Holders Errors & Omissions Life & Disability Coverage |
| Mortgage Protection - EXCESS<br>Endurance Specialty Group<br>BINDERPEL100003869000<br>$27,579  Premium | 07/23/2007  - 08/23/2008 | |
| | | Excess MIC - 2,500,000 xs 5,000,000 |

**Schedule D Disclaimer**

The Debtor has listed creditors as "Creditors Holding Secured Claims" for informational purposes only, and does not acknowledge or admit, by so classifying, the existence, validity or amount of the claim or of any security interest these creditors may claim to have against any or all of the Debtor's assets.   The Debtor expressly retains all rights to challenge the existence, validity, perfection, collectability or amount of any alleged secured claim, and retains all other rights and powers to challenge said alleged secured claim, on any basis, including, without limitation, the right to equitable or contractual subordination of such claim.

Certain items of equipment are, or may be, subject to leases or capital leases where the lessor/financier has filed or asserted a secured claim.  The Debtor reserves the right to challenge or reclassify such lessor's or financier's claim.

In re  Solutions Settlement Services of America Corporation                    Case No. 07-11126
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112.  If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  If secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets attached | | | Subtotal ➤ (Total of this page) | | | | | |
| | | | Total ➤ (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**Schedule E Disclaimer**

As of the Petition Date, certain employees were owed (i) wages, salaries and commissions earned in the ninety days prior to the Petition Date ("Priority Wages"). Pursuant to the Court's orders authorizing the debtor to pay, *inter alia*, pre-petition employee-related wages, entered on August 15, 2007 [Docket 39], September 5, 2007 [Docket 129] and September 19, 2007 [Docket 220] (each, a "Wage Order"), the Debtors paid the Priority Wages to certain employees. Notwithstanding the payment of Priority Wages to certain employees, the employee claims listed in this Schedule E are listed in the full amount owed as of the Petition Date.

Official Form 6E (04/07)

In re  Solutions Settlement Services of America Corporation                                      Case No.:  07-11126

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bank. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fisherman**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after date of adjustment.

1 continuation sheets attached

Official Form 6E (04/07)

In re    Solutions Settlement Services of America Corporation          Case No.:    07-11126
_____          _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to
Governmental Units
_____
                    TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____<br>Georgia Department of Revenue<br>P.O. Box 740317<br>Atlanta, Georgia 30374-03 | | | Franchise tax liability | | X | X | 10.00 | Unknown | Unknown |
| Account No. _____<br>Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, Louisiana 70821-0201 | | | Franchise tax liability | | X | X | 10.00 | Unknown | Unknown |
| Account No. _____<br>Office of Revenue<br>P.O. Box 23050<br>Jackson, Mississippi 39225-3050 | | | Franchise tax liability | | X | X | 25.00 | Unknown | Unknown |
| Account No. _____ | | | | | | | | | |

Sheet no. 1  of 1 sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals➤<br>(Totals of this page) | $      45.00 | $   Unknown | $   Unknown |
|---|---|---|---|---|
|  | Totals➤<br>(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.) | 45.00 |  |  |
|  | Totals➤<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.) |  | Unknown | Unknown |

**Schedule F Disclaimer**

Schedule F does not include the prepetition non-priority portion of unsecured claims held by the Debtor's employees.  Such claims are listed on Schedule E and are the difference between the amount in the column labeled "Total Amount of Claim" and the column labeled "Amount Entitled to Priority".

In re  Solutions Settlement Services of America Corporation                          Case No.  07-11126
        Debtor

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112.  If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors do not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Madeleine, LLC<br>299 Park Avenue, Floors 21-23, New York, NY 10171<br>Attn: Mark A. Neporent, Esq. | X | | Guarantor under that certain Credit Agreement, dated as of March 18, 2005, as amended, by and between Madeleine LLC and Aegis Mortgage Corporation and certain of its subsidiaries | X | X | | Unliquidated |
| ACCOUNT NO.<br>State of Oklanhoma | | | License Fee | | | | 100.00 |
| ACCOUNT NO.<br>State of South Carolina | | | License Fee | | | | 25.00 |
| ACCOUNT NO. | | | | | | | |

0  continuation sheets attached

| | Subtotal➤ | 125.00 |
|---|---|---|
| | Total➤<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | 125.00 |

**Schedule G Disclaimer**

The information set forth herein was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more updated information becomes available.

This Schedule "G" List of Executory Contracts and Unexpired Leases is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtor as of the commencement of this case and is derived from documents in the possession of the Debtor. This Schedule is not an admission or recognition that any contractual relationship exists or existed or that, if such a relation existed, said relationship presently exists. The Debtor does not waive any right to rescission or reformation or defense respecting any contract.

Similarly, this Schedule is not an admission or recognition that any contractual relationship constitutes an "Executory Contract". Some contracts listed in this Schedule may have been validly terminated or expired by their own terms prior to the commencement of this case, but have been listed notwithstanding any such possible termination or expiration in order to provide representation of the Debtor's affairs and in the event that one or more parties in interest may take the position that an executory contract existed as of the commencement of this case.

Similarly, this Schedule is not an admission or recognition that any contractual relationship constitutes a lease or an "Executory Contract" nor is the characterization of a contract as a "Lease" an admission that the contract is a true Lease and not a Security Agreement. In fact, Agreements entitled "Lease" may constitute Security Agreements.

Certain of the Debtor's executory contracts may be absent from this list due to the proprietary nature of the relationships concerned in such executory contracts.

In re  Solutions Settlement Services of America Corporation                                             Case No. 07-11126
　　　Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Page 1 of 1

In re  Solutions Settlement Services of America Corporation                                                        Case No.:  07-11126
        Debtor

# SCHEDULE H – CO-DEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signors. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and no not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bank. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Aegis Mortgage Corporation<br>Aegis Wholesale Corporation<br>Aegis Lending Corporation<br>Aegis Correspondent Corporation<br>Aegis Funding Corporation<br>AMC Insurance Agency of Texas, Inc.<br>Aegis REIT Corporation<br>Solutions Title of America Corporation<br><br>3250 Briarpark, 4th Floor<br>Houston, TX 77042<br>Attn:  Ed Robertson | Madeleine, LLC<br>299 Park Avenue, Floors 21-23<br>New York, New York, 10171<br>Attn: Mark A. Neporent, Esq. |

Page 1 of 1

In re  Solutions Settlement Services of America Corporation                              Case No.  07-11126
      Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ sheets (*total shown on summary page plus 2*) and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                      Signature: _____
                                                          Debtor

Date _____                      Signature: _____
                                                     (Joint Debtor, if any)

                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                      _____
Printed or Typed Name and Title, if any,                                                Social Security No.
of Bankruptcy Petition Preparer.                                                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                      _____
  Signature of Bankruptcy Petition Preparer                                           Date    .

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 56.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Edward Robertson, the CFO of the corporation (partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 10 sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information and belief.

Date September 27, 2007                      Signature _Edward S. Robertson_

                                            Edward Robertson, CFO _____
                                          [Print or type name of individual signing on behalf of debtor.]

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*